

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

March 3, 1960

Honorable Wesley Roberts, Chairman
Committee on Saving Taxes
House of Representatives
Austin, Texas

Opinion No. WW-811

Re: Whether the members
of the Committee on
Saving Taxes, author-
ized by House Simple
Resolution No. 152,
56th Legislature,
Regular Session, 1959,
are subject to provi-
sions of House Bill
No. 14, 56th Legislature,
Third Called Session,
1959, and related ques-
tions.

Dear Mr. Roberts:

You have requested an opinion on the following
questions:

"1. Inasmuch as this money has
been set aside prior to the enactment
of House Bill No. 14, Fifty-sixth Legis-
lature, Third Called Session, are the
members of the Committee on Saving Taxes
subject to the provisions of House Bill
14?

"2. Are the members of the Committee
on Saving Taxes subject to the provisions
of your Opinion No. WW-776?

"3. What is the in-state mileage
reimbursement for necessary and official
travel performed by members of the Com-
mittee on Saving Taxes?

"4. Are members of the Committee on Saving Taxes, as authorized by H. S. R. No. 152, limited to $8.00 per day within the boundaries of the State?

"5. What is the in-state travel reimbursement, if traveling by public conveyance, such as air lines, bus lines or railroads?"

House Simple Resolution No. 152, referred to in your request, creates a committee of five Members of the House of Representatives to be known as the Committee on Saving Taxes, and provides that such committee shall continue until the convening of the 57th Legislature and, therefore, constitutes an interim committee of the 56th Legislature within the meaning of House Bill 14, Acts of the 56th Legislature, Third Called Session, 1959, Chapter 16, page 395.

In Attorney General's Opinion WW-667 (1959) construing the provisions of House Simple Resolution No. 152, it was held that its provisions constituted sufficient authority for the Comptroller to set aside in a separate account $5,000 of the monies appropriated in House Bill No. 1, Acts of the 56th Legislature, Regular Session, 1959, Chapter 1, page 1, to be used only for the purposes set out in House Simple Resolution No. 152.

House Bill 14, Acts of the 56th Legislature, Third Called Session, 1959, Chapter 16, page 395, provides that the per diem of the Members of the 56th Legislature serving on interim committees of the 56th Legislature shall be limited to $8 per day within the boundaries of the State, and the rate of mileage is limited to 8¢ per mile. Attorney General's Opinion WW-776 (1960).

Therefore, in answer to your questions, you are advised that since the provisions of House Bill 14, Acts of the 56th Legislature, Third Called Session, 1959, constitutes the latest enactment of the Legislature, the traveling expenses of Members of the Committee on Saving Taxes are governed by its provisions.

Answering your questions categorically, (1) the Members of the Committee on Saving Taxes are subject to the provisions of House Bill 14; (2) Members of the Committee on Saving Taxes are subject to the provisions of House Bill 14 as construed by Attorney General's Opinion WW-776 (1960); (3) the in-state mileage reimbursement for necessary and official travel performed by Members of the Committee on Saving Taxes is 8¢ per mile; (4) Members of the Committee on Saving Taxes are limited to a per diem of $8 per day within the boundaries of the State; and (5) in-state travel reimbursement is 8¢ per mile, whether traveling by public conveyance such as air lines, bus lines or railroads, or traveling by private conveyance.

## SUMMARY

The traveling expenses of Members of the Committee on Saving Taxes of the 56th Legislature, are limited to the per diem of $8 per day and the rate of 8¢ per mile by the provisions of House Bill 14, Acts of the 56th Legislature, Third Called Session, 1959, Chapter 16, page 395.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John Reeves
John Reeves
Assistant

JR:mfh

APPROVED:
OPINION COMMITTEE
W. V. Geppert, Chairman

Phocion S. Park, III
Wallace Finfrock
Mary Kate Wall

REVIWED FOR THE ATTORNEY GENERAL
BY: Leonard Passmore